C. Andrew Campbell, Esq.
Campbell@MHF.cc
MARTIN, HART & FULLERTON, P.C.
1839 South Alma School Road, Suite 354
Mesa, Arizona 85210
(480) 838-9000 Telephone
(480) 838-9302 Facsimile

Attorneys for Defendant,
SURETY ACCEPTANCE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donna and Steven Rothbauer, husband and wife, ) | CASE NO. 4:09-cv-00169-RCC |
| ) | **NOTICE OF SETTLEMENT OF THE** |
| Plaintiffs, ) | **ENTIRE ACTION, WITH PREJUDICE** |
| ) | |
| vs. ) | |
| ) | |
| Surety Acceptance Corporation, an Arizona ) corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR

RESPECTIVE COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that the parties have settled the above-entitled matter in its

entirety.  The parties anticipate that they will complete the settlement and that the parties will file a

Stipulation Re Dismissal, with prejudice, pursuant to FRCP 41(a)(1), no later than 45 days from

the date of this Notice.

/ / /

/ / /

/ / /

/ / /

1

05903.00/156782

1    The parties request that the Court take off calendar all future hearing dates in this matter.

2

3    DATED: August 24, 2009          MARTIN, HART & FULLERTON, P.C.

4

5                                    By s/C. Andrew Campbell

6                                       C. Andrew Campbell
                                        Attorneys for Defendant,
7                                       SURETY ACCEPTANCE
                                        CORPORATION

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

05903.00/156782