IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donna and Steven Rothbauer, as wife and husband,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Surety Acceptance Corporation, an Arizona Corporation<br><br>　　　　　Defendant. | No. 4:09-CV-00169-TUC-RCC<br><br>**ORDER** |

Pursuant to the Stipulation for Dismissal with Prejudice submitted by the parties herein on October 22, 2009,

**IT IS HEREBY ORDERED** that the above-entitled cause be, and the same hereby is, dismissed with prejudice as to all Defendants, each party to bear their own costs.

DATED this 23rd day of October, 2009.

_____
Raner C. Collins
United States District Judge